# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X
GERNETTE COWELL,

        Plaintiff,

        -against-

TARGET,

        Defendant.
-----------------------------------------------------------------------X

Index No.:

**SUMMONS**

Plaintiff designates **Bronx County** as the place of trial. The basis of venue is location of accident is 700 Exterior Street, Bronx, NY 10451.

To the above-named Defendant:

      **You are hereby summoned** to Answer the Verified Complaint in this action and to serve a copy of your Answer, or, if the Complaint is not served with this Summons, to serve a notice of appearance, on the plaintiff's attorney(s) within 20 days after the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: New York, New York
       June 10, 2021

                                              Kevin S. Klein, Esq.
                                            **ROSENBAUM & ROSENBAUM, P.C.**
                                            Attorneys for Plaintiff
                                            100 Wall Street, 15th Floor
                                            New York, New York 10005
                                            212-514-5007

**TO:**    **SEE ATTACHED RIDER**

## RIDER TO SUMMONS

**TARGET**
700 Exterior Street
Bronx, NY 10451

**TARGET CORPORATION**
**C/O SECRETARY OF STATE**
1000 Nicollet Mall
Minneapolis, MN 55403

**TARGET CORPORATION**
**C/O SECRETARY OF STATE**
111 Eighth Avenue
New York, NY 10011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
GERNETTE COWELL,                                Index No.:

        Plaintiff,                         **VERIFIED COMPLAINT**

        -against-

TARGET,

        Defendant.
------------------------------------------------------------------X

    Plaintiff, GERNETTE COWELL, by her attorneys, Rosenbaum & Rosenbaum, P.C., sets forth and alleges the following as and for her Verified Complaint:

    1.    Upon information and belief and at all relevant times, Plaintiff, GERNETTE COWELL, was and is a resident of the State of New York, County of Bronx.

    2.    Upon information and belief and at all relevant times, Defendant, TARGET, was and still is a domestic business corporation duly organized and existing under and by virtue of the laws of the State of New York.

    3.    Upon information and belief and at all relevant times, Defendant, TARGET, was and still is a domestic limited liability corporation duly organized and existing under and by virtue of the laws of the State of New York.

    4.    Upon information and belief and at all relevant times, Defendant, TARGET, was and still is a domestic partnership duly organized and existing under and by virtue of the laws of the State of New York.

    5.    Upon information and belief and at all relevant times, Defendant, TARGET, was and still is a foreign business corporation allowed to exist under and by virtue of the laws of the State of New York.

6.  Upon information and belief and at all relevant times, Defendant, TARGET, was and still is a foreign limited liability corporation allowed to exist under and by virtue of the laws of the State of New York.

7.  Upon information and belief and at all relevant times, Defendant, TARGET, was and still is a foreign partnership duly organized and existing under and by virtue of the laws of the State of New York.

8.  Upon information and belief and at all relevant times, Defendant, TARGET, was and still is the owner of the premises located at 700 Exterior Street, Bronx, NY 10451.

9.  Upon information and belief and at all relevant times, Defendant, TARGET, was and still is the lessor of the premises located at 700 Exterior Street, Bronx, NY 10451.

10. Upon information and belief and at all relevant times, defendant, TARGET, was and still is the lessee of the premises commonly known as Target located at 700 Exterior Street, Bronx, NY 10451.

11. Upon information and belief and at all relevant times, Defendant, TARGET, was and still is the manager of the premises commonly known as Target located at 700 Exterior Street, Bronx, NY 10451.

12. Upon information and belief and at all relevant times, Defendant, TARGET, by its agents, servants, employees, staff, licensees, and/or independent contractors managed the premises commonly known as Target located at 700 Exterior Street, Bronx, NY 10451.

13. Upon information and belief and at all relevant times, Defendant, TARGET, by its agents, servants, employees, staff, licensees, and/or independent contractors maintained the premises commonly known as Target located at 700 Exterior Street, Bronx, NY 10451.

14. Upon information and belief and at all relevant times, Defendant, TARGET, by its agents, servants, employees, staff, licensees and/or independent contractors controlled the premises commonly known as Target located at 700 Exterior Street, Bronx, NY 10451.

15. Upon information and belief, and at all relevant times, Defendant, TARGET, was charged with the duty of keeping the premises commonly known as Target located at 700 Exterior Street, Bronx, NY 10451 in a reasonably safe condition, free from traps, nuisances and free from other dangers constituting a menace to all personnel lawfully and properly walking about the premises.

16. On or about December 14, 2019, Plaintiff, GERNETTE COWELL, was lawfully, carefully and properly walking into and through the premises commonly known as Target located at 700 Exterior Street, Bronx, NY 10451 when, owing to the negligence of the Defendant, in failing to maintain and keep the subject premises in a safe and proper condition and in permitting it to become and remain dangerous and unsafe, Plaintiff suddenly and without any notice or warning to her, was caused to trip over an unattended pallet jack and violently fell to the floor.

17. The occurrence was caused solely by the negligence, carelessness and recklessness of the Defendant, TARGET, and their respective agents, servants, employees, licensees, and/or independent contractors, without any negligence on the part of the plaintiff contributing thereto.

18. By reason of the foregoing, Plaintiff was made sick, sore lame and disabled and has remained so since the occurrence; has suffered and continues to suffer from severe pain, suffering, physical distress and anguish; has an will be required to undergo painful medical treatments including but not limited to surgery; has been and will continue to be prevented from attending to plaintiff's usual activities, and upon information and belief, Plaintiff's injuries are permanent in nature.

19. The above incident was caused by the negligence of the Defendant, TARGET, by their respective servants, agents, employees, and contractors, in that the premises commonly known as Target located at 700 Exterior Street, Bronx, NY 10451 (hereinafter "Premises") was negligently maintained and controlled; in creating, causing, permitting, and allowing pallet jack(s) to be dangerously and negligently placed throughout the Premises; in creating, causing, permitting, and allowing the dangerous condition- to wit, misplacement of pallet jack(s)- to exist and remain for an unreasonably long period of time prior to the accident despite notice of same; in that they failed to take proper steps to safeguard plaintiff; in that they failed to set up barriers and/or warnings; in that they failed to put up caution tape or otherwise cordon off the dangerous area; in that they failed to exercise due and required care, caution and forbearance in the ownership, management, maintenance, and control of the subject premises; in that they failed to make the premises a safe place to walk for all patrons, and plaintiff in particular; in that they failed to adequately inspect and maintain the subject premises in a good, safe, and useable condition; and in other ways being negligent, careless, and reckless.

20. Upon information and belief, Defendant had actual and/or constructive notice of the dangerous and defective conditions of the aforesaid premises.

21. The aforesaid occurrence and the injuries and damages Plaintiff sustained were caused solely by the negligence and carelessness of the Defendant and were not due to any negligence on the part of Plaintiff.

22. This action falls within one or more of the exceptions contained in *C.P.L.R. §1601 & §1602.*

**WHEREFORE,** by reason of the foregoing, Plaintiff, GERNETTE COWELL, was damaged and seeks judgment against Defendant, TARGET, in an amount that exceed jurisdictional limits of the lower Courts, all together with the costs and disbursements of this action.

Dated: New York, New York
       June 10, 2021

_____
Kevin S. Klein, Esq.
**Rosenbaum & Rosenbaum, P.C.**
*Attorney(s) for Plaintiff*
100 Wall Street, 15th Floor
New York, New York 10005
(212) 514-5007

## VERIFICATION

STATE OF NEW YORK - COUNTY OF NEW YORK

**KEVIN S. KLEIN, ESQ.** an attorney duly admitted to practice before the Courts of the State of New York hereby affirms the following to be true under penalty of perjury:

I am associated with **ROSENBAUM & ROSENBAUM, P.C.**, attorneys of record for the plaintiff in the above action.

I have read the annexed *VERIFIED SUMMONS and COMPLAINT* and know the contents thereof. The same is true to my own knowledge, except as to the matters stated therein to be alleged upon information and belief and, as to those matters, I believe them to be true. The reason this Verification is made by me and not by Plaintiff, is that Plaintiff resides outside of the county in which I maintain my law office.

The grounds of my belief as to all matters not stated therein upon my own knowledge are as follows: a review of the file maintained by this office, books records and investigation.

Dated: New York, New York
      June 10, 2021

_____
Kevin S. Klein, Esq.
**Rosenbaum & Rosenbaum, P.C.**
*Attorney(s) for Plaintiff*
100 Wall Street, 15th Floor
New York, New York 10005
(212) 514-5007