

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700  F 212.542.3790

Sierra N. Kresin
Associate
skresin@connellfoley.com

June 9, 2022

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re: *Gernette Cowell v. Target Corporation*
Docket No.: 1:21-cv-08289-RA

Dear Judge Abrams:

We represent Defendant, Target Corporation ("Target"), in connection with the above-referenced matter. We are writing on behalf of both parties to request an extension of the upcoming expert discovery deadline while the parties participate in private mediation. The current expert discovery deadline is July 1, 2022. The parties also respectfully request an adjournment of the Post-Discovery Conference scheduled for July 1, 2022 at 4:30 PM.

As noted in the parties' letter to the Court dated May 2, 2022, the parties have been engaging in settlement discussions. To that end, the parties have scheduled a private mediation on July 7th with NAM. Therefore, the parties respectfully request that the expert discovery deadline be extended to August 8th and that the Post-Discovery Conference scheduled for July 1st be adjourned to a date that is convenient to the Court.

We thank Your Honor for consideration of the above.

Respectfully submitted,

Sierra N. Kresin

CC (via ECF & E-Mail):
    Kevin S. Klein, Esq.
    **ROSENBAUM & ROSENBAUM, PC**
    *Attorneys for Plaintiff*
    **GERNETTE COWELL**
    100 Wall Street, 15th Floor
    New York, New York 10005
    kk@rosenbaumnylaw.com

Application granted. The conference presently scheduled for July 1, 2022 is hereby adjourned to August 12, 2022 at 4:00 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
6/10/22

6494865-1